UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
AT MILWAUKEE

---

ESTATE OF TERRY WILLIAMS,
By Special Administrator CUC HUYNH,
509 W. Keefe, Milwaukee 53206
L.W., DAUGHTER OF TERRY WILLIAMS,
By LAQESHA GREEN
4015 18th Street, Milwaukee, WI 53209, and
CUC HUYNH,

        Plaintiffs,

v.

Case No. 2:18-CV-1222

MICHAEL TRUAX, Deputy for the Milwaukee
Sheriff's Department, and JOHN DOE #1, and other
unnamed members of the Milwaukee County
Sheriff's Dept.,

        Defendants.

---

## MOTION TO WITHDRAW

COMES NOW the above-captioned defense counsel, Attorney Walter W. Stern III, who currently represents Cuc Huynh, Special Administrator of the Estate of Terry Williams, and L.W. The parties have had a difference of opinion with respect to the case and the Plaintiffs have decided to pursue alternate representation.

Because continued representation of said Plaintiffs would be unethical and improper, counsel requests that the Court sign an Order permitting counsel to withdraw, so that said Plaintiff can retain alternate counsel.

A copy of this motion is sent to Cuc Huynh, 5030 54th Street, Milwaukee, WI 53218.

Plaintiffs' counsel requests that the Court enter an Order permitting withdraw within ten (10) days of the receipt of this motion, unless there is any objection to this withdrawal by the Court or by the Plaintiff.

Dated this 22nd day of October, 2019

                                              /s/ Walter W. Stern III
                                              Walter W. Stern III
                                              Attorney for Petitioners
                                              State Bar No. 1014060

920 85th Street, Unit 123
Kenosha, WI 53142
(262) 880-0192/(262) 997-1101
wstern1@wi.rr.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
AT MILWAUKEE

ESTATE OF TERRY WILLIAMS,
By Special Administrator CUC HUYNH,
509 W. Keefe, Milwaukee 53206
L.W., DAUGHTER OF TERRY WILLIAMS,
By LAQESHA GREEN
4015 18th Street, Milwaukee, WI 53209, and
CUC HUYNH,

        Plaintiffs,

    v.

Case No. 2:18-CV-1222

MICHAEL TRUAX, Deputy for the Milwaukee
Sheriff's Department, and JOHN DOE #1, and other
unnamed members of the Milwaukee County
Sheriff's Dept.,

        Defendants.

## AFFIDAVIT IN SUPPORT OF
## MOTION TO WITHDRAW

Walter W. Stern III, on oath, deposes and states:

1. I am the attorney originally hired to represent the Estate of Terry Williams in the instant civil action.

2. The Special Administrator, Cuc Huynh, and I are no longer able to work together due to a fundamental disagreement on how to handle the case.

3. As such, I would ask that the Court allow me to withdraw effective immediately.

4. I have advised Cuc Huynh that she should seek alternate counsel in the event she wishes to pursue the litigation.

Dated this 22nd day of October, 2019

                                        Walter W. Stern, III

Sworn to before me this 22nd
day of October, 2019

Notary Public
My commission expires 12/13/22

[Notary Seal: DEIDRE L. VANHEIRSEELE, NOTARY PUBLIC, STATE OF WISCONSIN]