UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

CUC HUYNH,

    Plaintiff,

v.        Case No.: 18-CV-1222

MICHAEL TRUAX, Deputy for the Milwaukee
Sheriff's Department, JOHN DOE #1 and
other unnamed members of the Milwaukee
County Sheriff's Dept.,

    Defendants.

### DEFENDANT MICHAEL TRUAX'S MOTION TO DISMISS
### FOR FAILURE TO PROSECUTE

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Civil Local Rule 41(c), Defendant, Michael Truax, by his undersigned counsel, hereby respectfully moves this Court for an order dismissing Plaintiff's action on the merits and with prejudice, due to her failure to prosecute.

The grounds for this motion are more fully set forth in the accompanying Combined Brief in Support of his Motion to Dismiss for Failure to Prosecute and in Opposition to Plaintiff's Motion to Extend Time, (ECF No. 55.)

Dated this 6th day of December 2021.

CRIVELLO CARLSON, S.C.
Attorneys for Defendant, Deputy Michael Truax

By: s/ Benjamin A. Sparks
SAMUEL C. HALL, JR. (SBN: 1045476)
BENJAMIN A. SPARKS (SBN: 1092405)

P.O. ADDRESS:
710 N. Plankinton Avenue #500
Milwaukee, WI 53203
Phone: 414-271-7722
Email: shall@crivellocarlson.com
bsparks@crivellocarlson.com